1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEON DENARD CURRIE,

                Petitioner,

    v.

RONALD HAYNES,

                Respondent.

CASE NO. C22-5823 BHS

ORDER

THIS MATTER is before the Court on Magistrate Judge Theresa L. Fricke's

Report and Recommendation (R&R), Dkt. 13, recommending the Court grant

Respondent's motion to dismiss Petitioner Leon Currie's third 28 U.S.C. § 2254 petition

for failure to seek leave from the Ninth Circuit before filing a second or successive

habeas petition. Such leave is required under 28 U.S.C. § 2244(b)(2)(A). Dkt. 13 at 2.

Currie objects. He concedes his prior two efforts to obtain habeas relief (related to

a 1995 state court homicide conviction) were dismissed, but he asserts that this is not a

second or successive petition because no court ever reached the merits of his prior

attempts. Dkt. 14.

ORDER - 1

1    The Court does not agree, and Currie has offered no authority to support his claim.

2    The R&R is ADOPTED, the Motion to Dismiss for lack of subject matter jurisdiction is

3    GRANTED.

4    The Clerk shall enter a JUDGMENT and close the case.

5    IT IS SO ORDERED.

6    Dated this 13th day of June, 2023.

7

8

9    BENJAMIN H. SETTLE
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2